No. ———.  BABY BOY DOE, A FETUS, BY HIS COURT-APPOINTED GUARDIAN AD LITEM, MURPHY, COOK COUNTY PUB-

LIC GUARDIAN *v.* MOTHER DOE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.